| Approved, SCAO | Original - Garnishee (Part 1)<br>1st copy - Defendant (Part 2)<br>2nd copy - Return (proof of service) (Part 2) | 3rd copy - Plaintiff/Attorney (proof) (Part 2)<br>4th copy - Court (Part 2) |
|---|---|---|
| STATE OF MICHIGAN<br>__U.S.__ JUDICIAL DISTRICT<br>_____ JUDICIAL CIRCUIT | **REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC)** | **CASE NO.**<br>07-CV-713770 |

| Court address | Zip code | Court telephone no. |
|---|---|---|
| U.S. District Court-Eastern District of Michigan, 231 W. Lafayette Blvd. Detroit, Michigan 48226 | | (313) 234-5005 |

| Plaintiff name and address (judgment creditor) | | Defendant name and address (judgment debtor) |
|---|---|---|
| 1550-60 Fairview Corporation<br>15001 Charlevoix Street<br>Grosse Pointe Park, Michigan 48230 | v | Adam S. Cohen<br>350 5th Avenue<br>Suite 2024<br>New York, New York, 10118 |

| Plaintiff's attorney, bar no., and address | Social security no. | Employee ID or account no. |
|---|---|---|
| GP Collections<br>15001 Charlevoix Street<br>Grosse Pointe Park, Michigan 48230 | | |
| Telephone no.<br>(313) 821-8921 | Garnishee name and address<br>Chase Bank<br>349 5th Avenue<br>New York, New York 10016 | |

**REQUEST**   See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $25,000.00 on Februrary 12, 2008.
2. The total amount of judgment interest accrued to date is $14,457.22. The total amount of postjudgment costs accrued to date is $350.00. The total amount of postjudgment payments made and credits to date is $0.00. **The amount of the unsatisfied judgment now due (including interest and costs) is $39,807.22.**
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment.
I declare that the statements above are true to the best of my information, knowledge, and belief.

03/07/2013
Date                                                    Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT**   To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and a $1.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instruction of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

You are ordered to make the payment withheld under this writ payable to
and mail it to:   ☐ the plaintiff   ☑ the plaintiff's attorney   ☐ the court
                 ☐ the plaintiff.  ☑ the plaintiff's attorney.  ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

| Date of issue | Expiration date for service | Deputy court clerk |
|---|---|---|
| | | |

MC 13 (4/12) **REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) (Part 1)**           MCL 600.4011 *et seq.*, MCR 3.101

Approved, SCAO

Original - Garnishee (Part 1)
1st copy - Defendant (Part 2)
2nd copy - Return (proof of service) (Part 2)
3rd copy - Plaintiff/Attorney (proof) (Part 2)
4th copy - Court (Part 2)

| STATE OF MICHIGAN<br>U.S. ____ JUDICIAL DISTRICT<br>____ JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC) | CASE NO.<br>07-CV-713770 |
|---|---|---|

Court address | Zip code | Court telephone no.
U.S. District Court-Eastern District of Michigan, 231 W. Lafayette Blvd. Detroit, Michigan 48226 | (313) 234-5005

Plaintiff name and address (judgment creditor)
1550-60 Fairview Corporation
15001 Charlevoix Street
Grosse Pointe Park, Michigan 48230

v

Defendant name and address (judgment debtor)
Adam S. Cohen
350 5th Avenue
Suite 2024
New York, New York, 10118

Plaintiff's attorney, bar no., and address
GP Collections
15001 Charlevoix Street
Grosse Pointe Park, Michigan 48230

Telephone no.
(313) 821-8921

Account no.

Garnishee name and address
Chase Bank
349 5th Avenue
New York, New York 10016

**REQUEST**   See instructions for item 2 on other side.

1. Plaintiff received judgment against defendant for $ 525,000.00 on February 12, 2008.
2. The total amount of judgment interest accrued to date is $ 14,457.22. The total amount of postjudgment costs accrued to date is $ 350.00. The total amount of postjudgment payments made and credits to date is $ 0.00. **The amount of the unsatisfied judgment now due (including interest and costs) is** $ 539,807.22.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

03/07/2013
Date

Plaintiff/Agent/Attorney signature

**WRIT OF GARNISHMENT**   To be completed by the court. See other side for additional information and instructions.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and a $1.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 91 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instruction of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.

You are ordered to make the payment withheld under this writ payable to
☐ the plaintiff     ☒ the plaintiff's attorney     ☐ the court
and mail it to:     ☐ the plaintiff.     ☒ the plaintiff's attorney.     ☐ the court.

5. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

Date of issue | Expiration date for service | Deputy court clerk

MC 13 (4/12) REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) (Part 2)     MCL 600.4011 et seq., MCR 3.101